Gayle E. Mills
P.O. BOX 36317
TUCSON, AZ 85740
(520) 792-1115
 Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# TUCSON DIVISION

| | | |
|---|---|---|
| In re: DALE, CHAD E. | § | Case No. 4:12-12808-EWH |
|    DALE, JACQUELYN J. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

 The undersigned trustee hereby makes this Final Report and states as follows:

 1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 07, 2012. The undersigned trustee was appointed on June 07, 2012.

 2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

 3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 except that the trustee reserves, pursuant to 11 U.S.C. section 554(c), the estate's interest in the following: `25 - NOTE RECEIVABLE DUE FROM SANDRA FOOTE, 26 - CARRYBACK RELATED TO THE SALE OF REAL PROPERTY`.

The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in these assets. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of     $         3,500.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 145.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 3,355.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2013 and the deadline for filing governmental claims was 01/17/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.00, for a total compensation of $875.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $34.93, for total expenses of $34.93.[2]

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/27/2013     By: /s/Gayle E. Mills
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 4:12-12808-EWH  
**Case Name:** DALE, CHAD E.  
              DALE, JACQUELYN J.  
**Period Ending:** 12/27/13

**Trustee:** (240310) Gayle E. Mills  
**Filed (f) or Converted (c):** 06/07/12 (f)  
**§341(a) Meeting Date:** 08/14/12  
**Claims Bar Date:** 01/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  9681 S. Calle De Buena Vista, Safford, Arizona  Ordered abandoned 9/7/12. | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 2  31.8 acres of land in San Jose, Arizona  only value is in adjacent property / not sufficient value over costs to sell | 104,940.00 | 7,694.07 | | 0.00 | FA |
| 3  Lot 106 Ash Creek Acres, Pima, Arizona | 12,000.00 | 0.00 | | 0.00 | FA |
| 4  Arizona State Credit Union checking account | 126.25 | 0.00 | | 0.00 | FA |
| 5  Chase Bank checking account in the name of Alive | 50.92 | 0.00 | | 0.00 | FA |
| 6  Arizona State Credit Union savings account | 9.09 | 9.09 | | 0.00 | FA |
| 7  Household goods and furnishings | 7,000.00 | 0.00 | | 0.00 | FA |
| 8  Non-Exempt Household goods and furnishings  Debtors to redeem | 3,500.00 | 2,450.00 | | 2,450.00 | FA |
| 9  Miscellaneous lithographs  Debtors to redeem | 300.00 | 210.00 | | 210.00 | FA |
| 10 Snow globe collection (broken, not sellable)  Debtors to redeem | 900.00 | 630.00 | | 630.00 | FA |
| 11 Books | 500.00 | 0.00 | | 0.00 | FA |
| 12 Wardrobes | 800.00 | 0.00 | | 0.00 | FA |
| 13 Engagement and wedding rings | 800.00 | 0.00 | | 0.00 | FA |
| 14 2 guitars | 500.00 | 0.00 | | 0.00 | FA |
| 15 Croquet set, ping pong table | 300.00 | 210.00 | | 210.00 | FA |
| 16 Modern Woodman term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 17 Modern Woodman term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 18 Valley Forge Life Insurance Company term life | 0.00 | 0.00 | | 0.00 | FA |
| 19 100% interest in Infinity Financial Group, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20 25% interest in Tally-Ho Group, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21 25% interest in Safford Funding, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22 25% interest in Safford Flooring, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23 100% interest in Alive Management Co - no assets | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 4:12-12808-EWH  **Trustee:** (240310) Gayle E. Mills
**Case Name:** DALE, CHAD E.  **Filed (f) or Converted (c):** 06/07/12 (f)
DALE, JACQUELYN J.  **§341(a) Meeting Date:** 08/14/12
**Period Ending:** 12/27/13  **Claims Bar Date:** 01/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Commissions owed<br>Considered abandoned / uncollected as part of settlement w/ Debtor for non-exempt asset retention. | 4,623.00 | 1,155.75 | | 0.00 | FA |
| 25 | Note receivable due from Sandra Foote<br>Deed of Trust recorded on Graham County property; would be assigned to Estate via BK if ever sold. | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 26 | Carryback related to the sale of real property<br>Lien is in 2nd position behind deed of trust, with no payments until 1st principal is paid off. | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 27 | 2011 Lexus ES350 with 9,000 miles | 38,000.00 | 0.00 | | 0.00 | FA |
| 28 | 2007 Lincoln Navigator with 86,000 miles | 21,000.00 | 0.00 | | 0.00 | FA |
| 29 | 1993 Chevrolet pickup truck with 158,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 30 | 2 computers and a laptop | 2,000.00 | 0.00 | | 0.00 | FA |
| 30 | **Assets Totals** (Excluding unknown values) | **$876,349.26** | **$40,358.91** | | **$3,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtors to turn over 25% of commissions and consider offer to redeem other non-exempt property
10/17/12: Requested CBD and Filed Notice of Sale with Court.
11/28/12: Filed Report of Private Sale with Court.
03/26/13: upon creditor's amendment, withdraw obj. to claim No. 10

**Initial Projected Date Of Final Report (TFR):** November 15, 2013   **Current Projected Date Of Final Report (TFR):** January 15, 2014

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 4:12-12808-EWH  
**Case Name:** DALE, CHAD E.  
　　　　　　　DALE, JACQUELYN J.  
**Taxpayer ID #:** **-***1032  
**Period Ending:** 12/27/13

**Trustee:** Gayle E. Mills (240310)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******70-66 - Checking Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/12 | | Chad and Jacquelyn Dale | Acct #12-12808-01; Payment #1; payment to redeem non-exempt items | | 1,500.00 | | 1,500.00 |
| | {8} | | Acct #12-12808-01; 1,050.00 Payment #1; payment to redeem non-exempt items | 1129-000 | | | 1,500.00 |
| | {9} | | Acct #12-12808-01; 90.00 Payment #1; payment to redeem non-exempt items | 1129-000 | | | 1,500.00 |
| | {10} | | Acct #12-12808-01; 270.00 Payment #1; payment to redeem non-exempt items | 1129-000 | | | 1,500.00 |
| | {15} | | Acct #12-12808-01; 90.00 Payment #1; payment to redeem non-exempt items | 1129-000 | | | 1,500.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.00 |
| 12/06/12 | | Chad and Jacquelyn Dale | Acct #12-12808-01; Payment #2; payment to redeem non-exempt items | | 1,000.00 | | 2,475.00 |
| | {8} | | Acct #12-12808-01; 700.00 Payment #2; payment to redeem non-exempt items | 1129-000 | | | 2,475.00 |
| | {9} | | Acct #12-12808-01; 60.00 Payment #2; payment to redeem non-exempt items | 1129-000 | | | 2,475.00 |
| | {10} | | Acct #12-12808-01; 180.00 Payment #2; payment to redeem non-exempt items | 1129-000 | | | 2,475.00 |
| | {15} | | Acct #12-12808-01; 60.00 Payment #2; payment to redeem non-exempt items | 1129-000 | | | 2,475.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001024031088 20121220 | 9999-000 | | 2,475.00 | 0.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotals :　　　$2,500.00　　　$2,500.00

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 12/27/2013 02:46 PM　V.13.13

Case 4:12-bk-12808-EWH    Doc 83    Filed 01/06/14    Entered 01/06/14 11:52:23    Desc Main Document      Page 6 of 12

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 4:12-12808-EWH | **Trustee:** | Gayle E. Mills (240310) | |
| **Case Name:** | DALE, CHAD E. | **Bank Name:** | The Bank of New York Mellon | |
| | DALE, JACQUELYN J. | **Account:** | ****-******70-66 - Checking Account | |
| **Taxpayer ID #:** | **-***1032 | **Blanket Bond:** | $72,661,955.00  (per case limit) | |
| **Period Ending:** | 12/27/13 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,500.00 | 2,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,475.00 | |
| | | | **Subtotal** | | 2,500.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,500.00** | **$25.00** | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 4:12-12808-EWH  
**Case Name:** DALE, CHAD E.  
DALE, JACQUELYN J.  
**Taxpayer ID #:** **-***1032  
**Period Ending:** 12/27/13

**Trustee:** Gayle E. Mills (240310)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,475.00 | | 2,475.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,465.00 |
| 01/03/13 | | Chad and Jacquelyn Dale | Acct #12-12808-01; Payment #3; payment to redeem non-exempt items | | 1,000.00 | | 3,465.00 |
| | {8} | | Acct #12-12808-01; 700.00 Payment #3; payment to redeem non-exempt items | 1129-000 | | | 3,465.00 |
| | {9} | | Acct #12-12808-01; 60.00 Payment #3; payment to redeem non-exempt items | 1129-000 | | | 3,465.00 |
| | {10} | | Acct #12-12808-01; 180.00 Payment #3; payment to redeem non-exempt items | 1129-000 | | | 3,465.00 |
| | {15} | | Acct #12-12808-01; 60.00 Payment #3; payment to redeem non-exempt items | 1129-000 | | | 3,465.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,455.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,445.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,435.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,425.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,415.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,405.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,395.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,385.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,375.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,365.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,355.00 |
| | | | **ACCOUNT TOTALS** | | 3,475.00 | 120.00 | $3,355.00 |
| | | | Less: Bank Transfers | | 2,475.00 | 0.00 | |
| | | | **Subtotal** | | 1,000.00 | 120.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,000.00** | **$120.00** | |

{} Asset reference(s)

Printed: 12/27/2013 02:46 PM V.13.13

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 4:12-12808-EWH  
**Case Name:** DALE, CHAD E.  
DALE, JACQUELYN J.  
**Taxpayer ID #:** **-***1032  
**Period Ending:** 12/27/13

**Trustee:** Gayle E. Mills (240310)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******70-66 | 2,500.00 | 25.00 | 0.00 |
| Checking # ******2466 | 1,000.00 | 120.00 | 3,355.00 |
| | $3,500.00 | $145.00 | $3,355.00 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 4:12-12808-EWH
Case Name: DALE, CHAD E.
Trustee Name: Gayle E. Mills

**Balance on hand:** $ 3,355.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | CYNTHIA ROMERO | 55,356.00 | 0.00 | 0.00 | 0.00 |
| 2 | ELIZABETH HOLLOWAY- BAIRD | 39,262.65 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,355.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gayle E. Mills | 875.00 | 0.00 | 875.00 |
| Trustee, Expenses - Gayle E. Mills | 34.93 | 0.00 | 34.93 |

Total to be paid for chapter 7 administration expenses: $ 909.93
Remaining balance: $ 2,445.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,445.07

**UST Form 101-7-TFR (05/1/2011)**

Case 4:12-bk-12808-EWH    Doc 83    Filed 01/06/14    Entered 01/06/14 11:52:23    Desc
Main Document    Page 10 of 12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |  |  |
|---|---:|---|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,445.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 398,464.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Discover Bank | 16,575.55 | 0.00 | 101.71 |
| 4 | PYOD, LLC | 226.74 | 0.00 | 1.39 |
| 5 | PYOD, LLC | 26,215.38 | 0.00 | 160.86 |
| 6 | Portfolio Investments II LLC | 596.05 | 0.00 | 3.66 |
| 7 | Portfolio Investments II LLC | 991.74 | 0.00 | 6.09 |
| 8 | Portfolio Investments II LLC | 2,386.49 | 0.00 | 14.64 |
| 9 | FIA CARD SERVICES, N.A. | 31,633.52 | 0.00 | 194.11 |
| 10 -2 | Edgar Bergeron | 296,446.78 | 0.00 | 1,819.07 |
| 11 | Quantum3 Group LLC for | 2,881.56 | 0.00 | 17.68 |
| 12 | Quantum3 Group LLC for | 4,715.22 | 0.00 | 28.93 |
| 13 | American Express Centurion Bank | 2,297.29 | 0.00 | 14.10 |
| 14 | US BANK N.A. | 5,296.42 | 0.00 | 32.50 |
| 15 | GE Capital Retail Bank | 8,201.82 | 0.00 | 50.33 |

|  |  |  |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 2,445.07 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 769.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Capital One, N.A. | 769.29 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**